FILED

10/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0083

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0083

STATE OF MONTANA, et al.,

      Plaintiffs/Appellees/Cross-Appellants,

v.

GREENFIELDS IRRIGATION DISTRICT, et al.,

      Defendants/Appellants/Cross-Appellees.

## GRANT OF EXTENSION

Upon consideration of Plaintiffs/Appellees/Cross-Appellants State of Montana's, *et al.*, ("State") unopposed motion for a 14-day extension of time of the stay of this appeal, and good cause appearing, the State and the other parties are granted an extension of time to and including October 15, 2021, within which to prepare, serve, and file their joint motion to dismiss pursuant to Mont. R. App. P 16(5) and accompanying stipulation.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 1 2021